# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: FINNEGAN, MICHAEL § Case No. 11-45444-BWB
     FINNEGAN, CHRISTINE §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    219 S Dearborn Street
    Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 12/20/2013 in Courtroom       , United States Courthouse, 150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  10/25/2013         By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                        Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: FINNEGAN, MICHAEL  §  Case No. 11-45444-BWB
      FINNEGAN, CHRISTINE  §
       §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $    255,000.00

*and approved disbursements of*      $    242,747.96

*leaving a balance on hand of* [1]      $    12,252.04

**Balance on hand:**      $    12,252.04

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    12,252.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 14,500.00 | 0.00 | 10,485.29 |
| Trustee, Expenses - THOMAS B. SULLIVAN, TRUSTEE | 209.75 | 0.00 | 151.68 |
| Accountant for Trustee, Fees - Alan D. Lasko | 1,598.05 | 0.00 | 1,598.05 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 17.02 | 0.00 | 17.02 |

Total to be paid for chapter 7 administration expenses:    $    12,252.04
Remaining balance:    $    0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,268,108.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | State Bank of Countryside | 2,867,649.15 | 0.00 | 0.00 |
| 2 | State Bank of Countryside | 993,086.54 | 0.00 | 0.00 |
| 3 | State Bank of Countryside | 604,641.41 | 0.00 | 0.00 |
| 4 | State Bank of Countryside | 755,611.65 | 0.00 | 0.00 |
| 5 | Atlas Acquisitions LLC (MBNA America, N.A.) | 5,598.43 | 0.00 | 0.00 |
| 6 | Discover Bank | 14,229.70 | 0.00 | 0.00 |
| 7 | American InfoSource LP as agent for TD Bank, USA | 12,228.99 | 0.00 | 0.00 |
| 8 | Eileen R. Finnegan | 3,000.00 | 0.00 | 0.00 |
| 9 | Edward and Sharon Posen | 7,500.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 10 | American Express Bank, FSB | 4,126.59 | 0.00 | 0.00 |
| 11 | CNH Capital America LLC | 436.42 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL 60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-45444-BWB
Michael F. Finnegan                                                     Chapter 7
Christine R Finnegan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster            Page 1 of 2           Date Rcvd: Oct 28, 2013
                              Form ID: pdf006            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2013.
```
db/jdb       +Michael F. Finnegan,    Christine R Finnegan,    13526 S. Erin Drive,    Homer Glen, IL 60491-9178
18030418     +American Express,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
19896518      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19575098     +Atlas Acquisitions LLC  (MBNA America, N.A.),    294 Union St.,    Hackensack, NJ 07601-4303
18030420    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,     4161 Piedmont Parkway,    Greensboro, NC 27410)
18030419     +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
19690164     +Bank of America, N.A., successor by merger to BAC,    C/O,   Pierce & Associates,
               1 N. Dearborn Ste 1300,    Chicago, IL 60602-4373
19915214      CNH Capital America LLC,    Ref #: L0160351855035042065340,    PO Box 3600,
               Lancaster, PA  17604-3600
18030421     +Carmel B. Finnegan,    13557 West Dublin Drive,    Homer Glen, IL 60491-9135
18030422     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18030423     +Credit Protection Association,    13355 Noel Rd,   Suite 2100,    Dallas, TX 75240-6837
19879818     +Edward and Sharon Posen,    c/o Teller, Levit & Silvertrust,    19 S. LaSalle - Suite 701,
               Chicago, Illinois 60603-1431
18030425     +Eileen R. Finnegan,    Teller Levit & Silvertrust PC,    19 S LaSalle St Ste 701,
               Chicago, IL 60603-6369
18030426     +Finnegan Farms, LLC,    c/o Kenneth J. Nemec, Jr.,    835 McClintock Drive, 2nd Floor,
               Burr Ridge, IL 60527-0859
18030427     +Margaret A. Finnegan,    13556 South Shannon Drive,    Homer Glen, IL 60491-9129
18030428     +Margaret M. Finnegan,    10241 West 144th Place,    Orland Park, IL 60462-1990
18030429     +Mary T. Ponschke,    13626 South Tara Drive,    Homer Glen, IL 60491-9172
18030430     +Maureen F. Moran,    14119 Dublin Drive,    Homer Glen, IL 60491-9177
18030431     +Messenger Manor Partnership,    c/o Mary T. Ponschke,    13626 South Tara Drive,
               Homer Glen, IL 60491-9172
18030433     +Patrick J. Finnegan,    10622 South Artesian,    Chicago, IL 60655-1111
18030434      Sheila M. Polcyn,    111 North Haman Road,    Inverness, IL 60010
18030435     +State Bank of Countryside,    c/o Anda Tatoiu,    Deutsch Levy & Engel, Chtd.,
               225 West Washington Street, #1700,    Chicago, IL 60606-3482
18030436     +Target N.B.,    c/o Meyer & Njus, P.A.,    134 North LaSalle Street, #1840,
               Chicago, IL 60602-1100
18030437     +Vision Financial Services,    1900 West Severs Road,    La Porte, IN 46350-7855
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19608794      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 29 2013 01:32:05
               American InfoSource LP as agent for,    Target,   PO Box 248866,    Oklahoma City, OK  73124-8866
20320073      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 29 2013 01:31:41
               American InfoSource LP as agent for TD Bank, USA,    PO Box 248866,
               Oklahoma City, OK  73124-8866
18625342     +E-mail/Text: bnc@atlasacq.com Oct 29 2013 01:26:32     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
18030424      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 29 2013 01:51:42
               Discover Financial Services LLC,    Po Box 15316,   Wilmington, DE 19850
19580458      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 29 2013 01:51:42     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
18030432     +E-mail/Text: bankrup@aglresources.com Oct 29 2013 01:26:13     Nicor Gas,    1844 Ferry Road,
               Naperville, IL 60563-9600
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2013                              Signature:   /s/Joseph Speetjens

```
District/off: 0752-1          User: gbeemster            Page 2 of 2              Date Rcvd: Oct 28, 2013
                              Form ID: pdf006            Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2013 at the address(es) listed below:
              Anda   Tatoiu    on behalf of Creditor    State Bank of Countryside tatoiu@dlec.com
              Andrew J Nelson    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing, LP anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Ariane   Holtschlag    on behalf of Trustee Thomas B Sullivan aholtschlag@wfactorlaw.com,
               gsullivan@wfactorlaw.com
              David P Lloyd    on behalf of Trustee Thomas B Sullivan courtdocs@davidlloydlaw.com
              Eric J. Miller    on behalf of Joint Debtor Christine R Finnegan emiller@farwelllaw.com
              Eric J. Miller    on behalf of Debtor Michael F. Finnegan emiller@farwelllaw.com
              Joel A Stein    on behalf of Creditor    State Bank of Countryside joelastein@dlec.com
              Kevin   Posen    on behalf of Creditor Eileen   Finnegan tls@tellerlevit.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas B Sullivan    tsullivan@wfactorlaw.com,    IL19@ecfcbis.com
              William J Factor    on behalf of Trustee Thomas B Sullivan wfactor@wfactorlaw.com,
               wfactorlaw@gmail.com;gsullivan@wfactorlaw.com
                                                                                             TOTAL: 11
```