# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: FINNEGAN, MICHAEL                    §     Case No. 11-45444-BWB

　　　FINNEGAN, CHRISTINE                  §

　　　　　　　　　　　　　　　　　　　　§

Debtor(s)　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $158,590.75 <br> *(without deducting any secured claims)* | Assets Exempt:  $177,624.47 |
| Total Distribution to Claimants:$189,240.53 | Claims Discharged <br> Without Payment: $5,268,108.88 |
| Total Expenses of Administration:$35,759.47 | |

　　　3)  Total gross receipts of $      255,000.00    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      30,000.00  (see **Exhibit 2**), yielded net receipts of  $225,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $189,240.53 | $189,240.53 | $189,240.53 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 39,832.25 | 39,832.25 | 35,759.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 5,268,108.88 | 5,268,108.88 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $5,497,181.66 | $5,497,181.66 | $225,000.00 |

4) This case was originally filed under Chapter 7 on November 08, 2011. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/11/2014          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 13526 S ERIN DRIVE, HOMER GLEN, IL | 1110-000 | 255,000.00 |
| **TOTAL GROSS RECEIPTS** | | $255,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MICHAEL & CHRISTINE FINNEGAN | EXEMPTION TO DEBTORS | 8100-002 | 30,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $30,000.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF AMERICAN | 4110-000 | N/A | 64,675.87 | 64,675.87 | 64,675.87 |
| | STATE BANK OF COUNTRYSIDE | 4110-000 | N/A | 124,564.66 | 124,564.66 | 124,564.66 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $189,240.53 | $189,240.53 | $189,240.53 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 14,500.00 | 14,500.00 | 10,485.29 |
| THOMAS B. SULLIVAN, TRUSTEE | 2200-000 | N/A | 209.75 | 209.75 | 151.68 |
| Alan D. Lasko | 3410-000 | N/A | 1,598.05 | 1,598.05 | 1,598.05 |
| Alan D. Lasko | 3420-000 | N/A | 17.02 | 17.02 | 17.02 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | N/A | | | |
|---|---|---|---|---|---|
| REMAX | 3510-000 | N/A | 6,225.00 | 6,225.00 | 6,225.00 |
| CHICAGO TITLE | 2500-000 | N/A | 2,055.50 | 2,055.50 | 2,055.50 |
| ASSOCIATED SURVEY | 2500-000 | N/A | 400.00 | 400.00 | 400.00 |
| COOK COUNTY TREASURER | 2820-000 | N/A | 7,721.66 | 7,721.66 | 7,721.66 |
| CENTURY 21 PRO TEAM | 3510-000 | N/A | 6,525.00 | 6,525.00 | 6,525.00 |
| COOK COUNTY TREASURER | 2820-000 | N/A | 382.50 | 382.50 | 382.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 19.05 | 19.05 | 19.05 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 11.86 | 11.86 | 11.86 |
| Rabobank, N.A. | 2600-000 | N/A | 16.64 | 16.64 | 16.64 |
| Rabobank, N.A. | 2600-000 | N/A | 17.20 | 17.20 | 17.20 |
| Rabobank, N.A. | 2600-000 | N/A | 18.96 | 18.96 | 18.96 |
| Rabobank, N.A. | 2600-000 | N/A | 18.33 | 18.33 | 18.33 |
| Rabobank, N.A. | 2600-000 | N/A | 16.54 | 16.54 | 16.54 |
| Rabobank, N.A. | 2600-000 | N/A | 19.47 | 19.47 | 19.47 |
| Rabobank, N.A. | 2600-000 | N/A | 17.67 | 17.67 | 17.67 |
| Rabobank, N.A. | 2600-000 | N/A | 17.05 | 17.05 | 17.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $39,832.25 | $39,832.25 | $35,759.47 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | State Bank of Countryside | 7100-000 | N/A | 2,867,649.15 | 2,867,649.15 | 0.00 |
| 2 | State Bank of Countryside | 7100-000 | N/A | 993,086.54 | 993,086.54 | 0.00 |
| 3 | State Bank of Countryside | 7100-000 | N/A | 604,641.41 | 604,641.41 | 0.00 |
| 4 | State Bank of Countryside | 7100-000 | N/A | 755,611.65 | 755,611.65 | 0.00 |
| 5 | Atlas Acquisitions LLC (MBNA America, N.A.) | 7100-000 | N/A | 5,598.43 | 5,598.43 | 0.00 |
| 6 | Discover Bank | 7100-000 | N/A | 14,229.70 | 14,229.70 | 0.00 |
| 7 | American InfoSource LP as agent for TD Bank, USA | 7100-000 | N/A | 12,228.99 | 12,228.99 | 0.00 |
| 8 | Eileen R. Finnegan | 7100-000 | N/A | 3,000.00 | 3,000.00 | 0.00 |
| 9 | Edward and Sharon Posen | 7100-000 | N/A | 7,500.00 | 7,500.00 | 0.00 |
| 10 | American Express Bank, FSB | 7100-000 | N/A | 4,126.59 | 4,126.59 | 0.00 |
| 11 | CNH Capital America LLC | 7100-000 | N/A | 436.42 | 436.42 | 0.00 |
| 12 | CNH Capital America LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $5,268,108.88 | $5,268,108.88 | $0.00 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-45444-BWB | **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE |
| **Case Name:** FINNEGAN, MICHAEL | **Filed (f) or Converted (c):** 11/08/11 (f) |
| FINNEGAN, CHRISTINE | **§341(a) Meeting Date:** 12/01/11 |
| **Period Ending:** 03/11/14 | **Claims Bar Date:** 01/14/13 |

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1 13526 S ERIN DRIVE, HOMER GLEN, IL | 283,665.00 | 89,096.00 | | 255,000.00 | FA |
| 2 BANK OF AMERICA | 5,758.28 | 0.00 | | 0.00 | FA |
| 3 TCF BANK | 43.05 | 0.00 | | 0.00 | FA |
| 4 BANK OF AMERICA | 236.73 | 0.00 | | 0.00 | FA |
| 5 HOUSEHOLD GOODS | 6,000.00 | 0.00 | | 0.00 | FA |
| 6 AUDIO VIDEO EQUIPMENT | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 BOOKS, ETC | 200.00 | 0.00 | | 0.00 | FA |
| 8 WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 JEWELRY | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 SPORTIN GOODS | 3,000.00 | 0.00 | | 0.00 | FA |
| 11 PRINCIPAL LIFE INS | 93,941.08 | 0.00 | | 0.00 | FA |
| 12 OM FIN LIFE INS CO | 23,601.71 | 0.00 | | 0.00 | FA |
| 13 SURS | 4,099.90 | 0.00 | | 0.00 | FA |
| 14 PARTNERSHIP | Unknown | Unknown | | 0.00 | FA |
| 15 2006 HONDA ODYSSEY | 14,710.00 | 0.00 | | 0.00 | FA |
| 16 OFFICE EQUIPMENT | 1,000.00 | 0.00 | | 0.00 | FA |
| 17 MACHINERY FIXTURES ETC | 1,500.00 | 0.00 | | 0.00 | FA |
| **17    Assets    Totals** (Excluding unknown values) | **$442,255.75** | **$89,096.00** | | **$255,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

AWAITING FINAL TAX RETURNS; CLAIMS BEING AMAENDED BY STATE BANK OF COUNTRYSIDE; FINAL HEARING SET FOR DECEMBER 20, 2013

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013      **Current Projected Date Of Final Report (TFR):**    October 25, 2013  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-45444-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | FINNEGAN, MICHAEL | | Bank Name: | The Bank of New York Mellon |
| | FINNEGAN, CHRISTINE | | Account: | ****-******12-66 - Checking Account |
| Taxpayer ID #: | **-***0727 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/11/14 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/04/12 | | CHICAGO TITLE & TRUST CO | SALE OF REAL PROPERTY | | | 12,449.81 | | 12,449.81 |
| | {1} | CHICAGO TITLE & TRUST | SALE OF PROPERTY | 255,000.00 | 1110-000 | | | 12,449.81 |
| | | BANK OF AMERICAN | 1ST MORTGAGE PAYOFF | -64,675.87 | 4110-000 | | | 12,449.81 |
| | | STATE BANK OF COUNTRYSIDE | SECOND MORTGAGE PAYOFF | -124,564.66 | 4110-000 | | | 12,449.81 |
| | | REMAX | COMMISSION | -6,225.00 | 3510-000 | | | 12,449.81 |
| | | MICHAEL & CHRISTINE FINNEGAN | EXEMPTION TO DEBTORS | -30,000.00 | 8100-002 | | | 12,449.81 |
| | | CHICAGO TITLE | TITLE CHARGES, ETC. | -2,055.50 | 2500-000 | | | 12,449.81 |
| | | ASSOCIATED SURVEY | SURVEY | -400.00 | 2500-000 | | | 12,449.81 |
| | | COOK COUNTY TREASURER | COUNTY TAXES 1/1/12 TO 12/3/12 | -7,721.66 | 2820-000 | | | 12,449.81 |
| | | CENTURY 21 PRO TEAM | COMMISSION | -6,525.00 | 3510-000 | | | 12,449.81 |
| | | COOK COUNTY TREASURER | TRANSFER STAMPS | -382.50 | 2820-000 | | | 12,449.81 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 12,424.81 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | | 9999-000 | | 12,424.81 | 0.00 |

|  | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | | 12,449.81 | 12,449.81 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 12,424.81 | |
| | | | Subtotal | | | 12,449.81 | 25.00 | |
| | | | Less: Payments to Debtors | | | | 30,000.00 | |
| | | | NET Receipts / Disbursements | | | $12,449.81 | $-29,975.00 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-45444-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** FINNEGAN, MICHAEL | **Bank Name:** Rabobank, N.A. |
| FINNEGAN, CHRISTINE | **Account:** ****608866 - Checking Account |
| **Taxpayer ID #:** **-***0727 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 03/11/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 12,424.81 | | 12,424.81 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.05 | 12,405.76 |
| 02/13/13 | 10101 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-45444, Bond #016026455 Voided on 02/13/13 | 2300-000 | | 11.86 | 12,393.90 |
| 02/13/13 | 10101 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-45444, Bond #016026455 Voided: check issued on 02/13/13 | 2300-000 | | -11.86 | 12,405.76 |
| 02/13/13 | 10102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-45444, bond#016026455 | 2300-000 | | 11.86 | 12,393.90 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.64 | 12,377.26 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.20 | 12,360.06 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.96 | 12,341.10 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.33 | 12,322.77 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.54 | 12,306.23 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.47 | 12,286.76 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.67 | 12,269.09 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.05 | 12,252.04 |
| 12/30/13 | 10103 | Alan D. Lasko | Dividend paid 100.00% on $1,598.05, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,598.05 | 10,653.99 |
| 12/30/13 | 10104 | Alan D. Lasko | Dividend paid 100.00% on $17.02, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 17.02 | 10,636.97 |
| 12/30/13 | 10105 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid  72.31% on $14,500.00, Trustee Compensation;  Reference: | 2100-000 | | 10,485.29 | 151.68 |
| 12/30/13 | 10106 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid  72.31% on $209.75, Trustee Expenses;  Reference: | 2200-000 | | 151.68 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 12,424.81 | 12,424.81 | $0.00 |
| Less: Bank Transfers | 12,424.81 | 0.00 | |
| **Subtotal** | **0.00** | **12,424.81** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$12,424.81** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-45444-BWB |
| Case Name: | FINNEGAN, MICHAEL |
| | FINNEGAN, CHRISTINE |
| Taxpayer ID #: | **-***0727 |
| Period Ending: | 03/11/14 |

| | |
|---|---|
| Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****608866 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ****-******12-66 | 12,449.81 | -29,975.00 | 0.00 |
| Checking # ****608866 | 0.00 | 12,424.81 | 0.00 |
| | $12,449.81 | $12,449.81 | $0.00 |

{} Asset reference(s)

Printed: 03/11/2014 11:04 AM    V.13.14